[No. 33720-7-II.   Division Two.   March 6, 2007.]

RONALD JAY BIANCHI, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-04151-5, John F. Nichols, J., entered July 22, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 33810-6-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STAVIS JAY DAIGNAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00889-8, Leila Mills, J., entered September 16, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Van Deren, J.

[Nos. 33881-5-II; 33933-1-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MCKEE RUND, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRENT WARD LUYSTER, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 05-1-01464-4, John F. Nichols, J., entered September 27, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.